JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-6982
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 01-423 JSW |
| Plaintiff, | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE FOR CHANGE OF PLEA |
| v. | |
| DARRYL MCQUILLION, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The defendant last appeared before this court on October 16, 2008. The matter was continued to November 13, 2008 for change of plea.

2. The parties respectfully request that the matter be continued until December 4, 2008 for change of plea. This is the first continuance of the date for change of plea.

3. The parties request this continuance so that the plea agreement may be completed and the government may obtain the requisite approval required to proceed with the plea

4. It is therefore the request of both parties that the matter be continued until December 4, 2008 for change of plea. Thus far, time has been excluded under the Speedy Trial Act up

STIPULATION AND ~~PROPOSED~~ ORDER
CR 04-123 JSW

through November 13, 2008. The parties anticipate that the Court will be provided with a copy of a plea agreement well in advance of December 4, 2008. Time would then be excluded under 18 U.S.C. § 3161(h)(1)(I) while the court considers the plea agreement.

   SO STIPULATED.

DATED: November 12, 2008   Respectfully Submitted,

              _/s/_____
              SUSAN R. JERICH
              Assistant United States Attorney

DATED: November 12, 2008

              _/s/_____
              HAROLD ROSENTHAL
              Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 12, 2008      _____
              HON. JEFFREY S. WHITE
              Judge, United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
CR 01-423 JSW        2