JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> DARRYL MCQUILLION, ) <br> ) <br> ) <br>     Defendant. ) <br> _____ ) | No.: CR 01-423 JSW <br><br> STATUS REPORT AND PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING MAY 21, 2009 HEARING BE VACATED |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties last appeared on February 12, 2009. At that time, the court set the following dates: May 21, 2009 for hearing on defendant's motion(s); July 27 for pre-hearing conference, and August 24 for trial.

2. Since the parties last appeared, plea negotiations have been ongoing. Further, the government has been in contact with the prosecutor's office in Milwaukee, Wisconsin where the defendant has a robbery charge pending. The parties are trying to effect a global resolution of all matters but require additional time. The parties are optimistic that the matter will resolve

STIPULATION AND ~~PROPOSED~~ ORDER
CR 04-123 JSW

1  without the need for trial.  Neither party has filed any motions with the court.

2      3.  The parties respectfully request that the May 21 hearing date be vacated
3  and that the pre-hearing conference and trial dates be confirmed.  If there is a resolution in the
4  interim, the parties will request that the matter be added to calendar for change of plea purposes.

5      4. It is therefore the request of both parties that the matter be continued until July 27 for pre-
6  hearing conference.  Thus far, time has been excluded under the Speedy Trial Act (18 U.S.C.
7  § 3161(h), et. seq.) up through May 21, 2009 for effective preparation of counsel.  The parties
8  request that this exclusion continue and that time be excluded through July 27, 2009.

10     SO STIPULATED.
11 DATED: May 20, 2009           Respectfully Submitted,

14           /s/_____
          SUSAN R. JERICH
          Assistant United States Attorney

15 DATED: May 20, 2009

17           /s/_____
          HAROLD ROSENTHAL
          Counsel for Defendant

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 DATED: May 20, 2009
21           _____
          HON. JEFFREY S. WHITE
          Judge, United States District Court

23 This matter remains on calendar for a pretrial conference on July 27, 2009.  The parties are reminded to consult with this Court's Guidelines for criminal jury trials regarding the materials that must be filed two weeks before the pretrial conference.

STIPULATION AND ~~PROPOSED~~ ORDER
CR 04-123 JSW           2