ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400
(510) 452-8405

Attorney for the Defendant
DARYL McQUILLON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 01-00423 JSW |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT STATUS MEMORANDUM** AND ORDER DENYING REQUEST FOR CONTINUANCE |
| v. | ) ) | |
| DARYL McQUILLON, | ) ) | Date: January 7, 2010 |
| Defendant. | ) ) ) | Time: 2:30 p.m. Dept: Courtroom 11, 19th Floor |

In an order filed January 5, 2010, this court required a joint status report.

Mr. McQuillon pled guilty to two phone counts and is presently pending sentencing before this court. On October 15, 2009, the parties appeared for sentencing. However, certain issues were raised by defendant in letters to the court, so the court decided to appoint second CJA counsel to consult with Mr. McQuillon regarding the issues raised by those letters.

Erik Babcock was appointed in that capacity on October 20, 2010.

The parties and counsel all appeared on October 29, 2009 for status. The matter was then set for status on December 3, 2009.

Newly appointed counsel has met with Mr. McQuillon several times to respond to his questions determine what information would

assist him at this juncture. The December 3, 2009 hearing was continued by stipulation to give counsel additional time to try and obtain information responsive to Mr. McQuillon's questions.

Counsel Babcock has requested the information responsive to Mr. McQuillon's questions. However, counsel has not yet received all of the information requested. Accordingly, Mr. McQuillon is yet not prepared to proceed to judgment and sentencing.

The parties respectfully request that his the matter be continued for further status to give counsel time needed to obtain the documents requested.[1]

Given that Mr. McQuillon has already pled guilty, the provisions of the Speedy Trial Act do not apply.

Respectfully submitted:

DATED: January 6, 2010  /S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant
Daryl McQuillon

DATED: January 6, 2010  /S/Susan Jerich
SUSAN JERICH
Attorney for Plaintiff
United States of America

The request for a continuance is DENIED. All counsel shall appear for the hearing on Janury 7, 2010 at 2:30 p.m. as scheduled.

January 6, 2010

*Jeffrey S. White*

---

[1] Mr. Rosenthal was out-of-state when this memorandum was prepared so he was not available to be consulted. However, it seems quite likely he would join in this request.

- 2 -